CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing PETITION FOR ADJUDICATION OF CIVIL CONTEMPT, PLAINTIFF'S MEMORANDUM OF LAW SUPPORTING PETITION FOR ADJUDICATION OF CONTEMPT, AFFIDAVIT and ORDER TO SHOW CAUSE on the 2nd day of November, 2006, by placing one (1) copy of same in a postage-paid envelope addressed to:

David Comeau
35 Earle Street
Fall River, MA 02723

and

John Patrick Long, Esquire
722 Eastern Avenue
P.O. Box 4177
Fall River, MA 02723

the last known address and depositing same in the United States Mail at Boston, Massachusetts.

*/s/ Gail E. Glick*