Case 1:03-cv-00159-T Document 8 Filed 11/02/2006 Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | * | |
| Plaintiff, | * | CIVIL ACTION |
| v. | * | FILE NO. CA-03-159T |
| NECSAS CORP., | * | |
| and | * | |
| DAVID COMEAU, | * | |
| Defendants. | * | |

**ORDER TO SHOW CAUSE**

ORDERED that Defendants be and appear before the United States District Court for the District of Rhode Island at Courtroom No. 3 in Providence, Rhode Island, on 1/5/07 at 2:00 o'clock, to show cause, if any there be, why they should not be adjudged in contempt of Court in accordance with the Petition for Adjudication of Civil Contempt filed on behalf of the Plaintiff herein. The Defendants shall bring to Court income tax returns for the past two (2) years; all deeds and mortgages to real property owned by Defendants; a list of all assets, including accounts of any type and personal property; a list of all acquisitions and transfers of personal and business assets during the past six (6) years; personal and business loan applications made during the past two (2) years; and business ledgers, payroll records, financial records and statements (including credit card statements) for the past two (2) years; and a completed Declaration of Financial Status (copy of which is attached hereto).

It is further ordered that certified copies of the said Petition, the Affidavit filed therewith, and this Order be served by the United States Marshal or one of his deputies upon said defendants.

Dated at Providence this 28th day of November, 2006

Ernest C Torres
United States District Judge