UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, Plaintiff, | CIVIL ACTION |
| v. | FILE NO. CA-03-159T |
| NECSAS CORP., and DAVID COMEAU, Defendants. | |

**PLAINTIFF'S MOTION TO WITHDRAW HER PETITION FOR ADJUDICATION OF CIVIL CONTEMPT**

Secretary of Labor, Plaintiff in the above-captioned matter, hereby moves to withdraw her Petition for Adjudication of Civil Contempt against Defendants NECSAS Corp. and David Comeau. Further investigation has determined that Defendant David Comeau, president of NECSAS Corp., a defunct operation, no longer resides or has a presence in the Court's jurisdiction. As the Secretary intends to file this same action in the Court of appropriate jurisdiction, she seeks to withdraw her Petition for Adjudication of Civil Contempt without prejudice.

The Secretary's Motion to Withdraw her Petition for Adjudication of Civil Contempt will obviate the need for the Show Cause Hearing which has been scheduled in this matter for March 9, 2007.

Jonathan L. Snare
Acting Solicitor of Labor

Post Office Address:
Office of Solicitor
U.S. Department of Labor
Room E-375
John F. Federal Building
Boston, MA 02114
(617) 565-2500

Frank V. McDermott, Jr.
Regional Solicitor

*/s/ Gail E. Glick*
Gail E. Glick
Attorney

U.S. Department of Labor
Attorneys for Plaintiff

Date: March 5, 2007

CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing **PLAINTIFF'S MOTION TO WITHDRAW HER PETITION FOR ADJUDICATION OF CIVIL CONTEMPT** on the 5th day of March, 2007, by placing one (1) copy of same in a postage-paid envelope addressed to:

David Comeau
35 Earle Street, 2d floor
Fall River, MA

and

David Comeau
400 East S. Water Street
#1711
Chicago, IL 60601

the last known address and depositing same in the United States Mail at Boston, Massachusetts.

*/s/ Gail E. Glick*